IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRENDA KELLY | CIVIL ACTION |
| v. | NO. 16-00618 |
| UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM | |

## ORDER

AND NOW, this 2nd day of August 2016, upon consideration of Defendant's Motion for Summary Judgment (ECF Doc. No. 20), Plaintiff's Opposition (ECF Doc. No. 22), Defendant's Reply (ECF Doc. No. 24), for reasons in the accompanying Memorandum and finding there are no genuine disputes of material fact as to Plaintiff's inability to state a claim pled in her Complaint, it is **ORDERED** Defendant's Motion (ECF Doc. No. 20) is **GRANTED** and **summary judgment is entered in favor of the Defendant.**

The Clerk of Court shall **close** this case.

KEARNEY, J.